UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO.08-10255

JENNIFER JACKSON,

    Plaintiff(s),

-V-

J.K.H. ENTERPRISES, INC., ET.AL,
    Defendant(s).
_____/

## ORDER OF DISMISSAL

At a session of said Court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan, on June 13, 2008.

PRESENT: THE HONORABLE PATRICK J.DUGGAN
UNITED STATES DISTRICT JUDGE

Due notice of an Order to Show Cause why the above case should not be dismissed for failure to serve defendant(s) within 120 days of the filing of the complaint, pursuant to the provisions of Rule 4(m) of the Federal Rules of Civil Procedure, has been mailed to counsel of record. The Court has received no response; therefore

IT IS HEREBY ORDERED that the above-entitled case be, and hereby is DISMISSED for failure to serve.

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: June 13, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 13, 2008, by electronic and/or ordinary mail.

    s/Marilyn Orem
    Case Manager